■■■ SHOWCASE SALES GALLERY, INC., Respondent, v EMPIRE NATIONAL LEASING, INC., Appellant, et al., Defendant. (Appeal No. 1.) [750 NYS2d 553] —Appeal from an order of Supreme Court, Monroe County (Bergin, J.), entered September 26, 2001, which, inter alia, granted plaintiff's motion for summary judgment.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also* CPLR 5501 [a] [1]). Present—Pine, J.P., Hayes, Scudder, Kehoe and Lawton, JJ.